Decision Per Curiam.

---

Abagail F. Foster, Appellant, v. Henry L. Coe, Appellee.

Appeal from Circuit Court, Manatee county; Joseph B. Wall, Judge.

*Macfarlane & Glen,* for Appellant.

*Sparkman & Carter,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals. Appeal dismissed on praecipe of counsel for appellant, under authority of Rule 24.